IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DANIEL R. MARTINEZ and
ALICIA MARTINEZ                                                    PLAINTIFFS

v.                          No. 4:13-cv-83-DPM

JEFFERSON PARTNERS LP                                         DEFENDANT

## ORDER

Unopposed motion to dismiss, № 9, granted. FED. R. CIV. P. 41(a)(2).

Alicia Martinez's claims are dismissed with prejudice.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

31 March 2014