IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DANIEL R. MARTINEZ and
ALICIA MARTINEZ                                                  PLAINTIFFS

v.                          No. 4:13-cv-83-DPM

JEFFERSON PARTNERS, LP                                            DEFENDANT

## JUDGMENT

This case is dismissed with prejudice pursuant to the parties' stipulation.

_____
D.P. Marshall Jr.
United States District Judge

21 October 2014